No. 02–11285. GREGGS, AKA GRIFFITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11286. TABOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11287. DODDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11288. ALONZO-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11289. BURRELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11290. FLYNN *v.* HOGAN, JUDGE, CIRCUIT COURT OF ILLINOIS, COOK COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–11292. GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11293. GLENN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–11294. JARAKI *v.* FRANKLIN COUNTY CHILDREN SERVICES. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 02–11295. MARTIN *v.* JOHNSON, SUPERINTENDENT, PITTSBURGH STATE CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11296. GONZALES SAENZ *v.* GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–11297. TURNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–11298. CAVANAGH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11299. DUBOIS *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11300. DAVILA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.